IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**John McLeod**

    Debtor(s).

                               CASE NO. 10-22031-KSJ
                               CHAPTER 13

_____/

**ORDER GRANTING CHASE HOME FINANCE LLC'S
MOTION FOR RELIEF FROM STAY**

THIS CASE came on for hearing on February 1, 2011, upon the Motion for Relief from Stay (Doc # 21) filed by CHASE HOME FINANCE LLC ("Movant"), on January 14, 2011. For the reasons stated orally and recorded in open Court, it is

    **ORDERED:**

1.    The Motion for Relief from Stay is granted.

2.    The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

    **LOT 6C, ROYAL OAK ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 29, PAGE 10, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.**

    **a/k/a 2904 Ash Drive, Leesburg, FL   34748**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property, and that Movant shall not obtain an in personam relief against the debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied.

5. Bankruptcy fees and costs in the amount of $500.00 are awarded for the prosecution of this Motion for Relief from Stay.

DONE and ORDERED in Orlando, Florida, this 3rd day of February, 2011

_____
KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

John McLeod
920 Lake Marion Dr
Altamonte Springs,   FL   32701

Robert H. Zipperer, Esquire
224 South Beach Street, Suite 202
Daytona Beach,   FL   32114

Laurie K. Weatherford, Trustee
Post Office Box 3450
Winter Park,   FL   32790

CHASE HOME FINANCE LLC
3415 Vision Drive
OH4-7302
Columbus, OH   43219

Noah Stefan Beuge
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018


B10107187