**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE:

**John McLeod**

    Debtor(s).

        CASE NO. 10-22031-KSJ
        CHAPTER   13

_____/

**OBJECTION TO CONFIRMATION**

    COMES NOW, CHASE HOME FINANCE LLC, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 13 Plan.  In support thereof, CHASE HOME FINANCE LLC alleges the following:

    1.    The Debtor's plan reflects that the arrearage is $17,100.00, when in fact the arrearage is of $24,342.14, pursuant to Claimant's Proof of Claim.

    WHEREFORE, CHASE HOME FINANCE LLC prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

    Florida Default Law Group, P.L.
    Post Office Box 25018
    Tampa, FL 33622-5018
    (813)   251-4766 Ext: 3312
    Fax: 813-251-1541
    Email: bkatt@defaultlawfl.com

    By: /s/   Teresa M. Hair
    Teresa M. Hair
    Florida Bar No. 44079
    ATTORNEY FOR CHASE HOME
    FINANCE LLC

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 12th day of April, 2011.

John McLeod
920 Lake Marion Dr
Altamonte Springs, FL   32701

    I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 12th day of April, 2011.

Robert H. Zipperer
robertzipperer@bellsouth.net
224 South Beach Street, Suite 202
Daytona Beach, FL   32114

Laurie K. Weatherford, Trustee
ECF Service
Post Office Box 3450
Winter Park, FL   32790

    Florida Default Law Group, P.L.
    P.O. Box 25018
    Tampa, Florida   33622-5018
    Phone   (813) 251-4766
    Fax   (813) 251-1541

    By:   /s/   Teresa M. Hair
      Teresa M. Hair
      FLORIDA BAR NO. 44079
      ATTORNEY FOR CHASE HOME FINANCE

      LLC