UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                    CASE NO:

McLEOD, JOHN                                                   6:10-bk-22031-KSJ

       Debtor(s).
_____/

## SECOND AMENDED CHAPTER 13 PLAN

COME NOW, the debtors and files this Chapter 13 Plan. The projected disposable income of the debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the debtors shall pay the following sums to the Chapter 13 Standing trustee:

## PLAN PAYMENTS

| Payment number by months | Amount of monthly plan payments |
|---|---|
| 1 – 20 | $ 1,600.00 |
| 21 – 60 | $ 2,100.00 |

The debtors shall pay by money order, cashier's check, or wage deduction, to Laurie K Weatherford, Chapter 13 Standing Trustee, PO Box 1103, Memphis, TN 38101-1103. The debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by Court Order.

## PAYMENT OF CLAIMS THROUGH THE CHAPTER 13 PLAN

**Attorney fees**

| Attorney fees | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Robert Zipperer, Esquire | $4,000.00 | $ 200.00 | 1 – 20 |

**Priority Claims**

The fees and expenses of the trusts shall be paid over the life of the plan at the rate allowed as governed by the guidelines of the United States Trustee:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Internal Revenue Service 2010 income tax | $13,666.00 | $100.00 $291.65 | 1 – 20 21 - 60 |
| Internal Revenue Service 2008 income tax | $4,255.00 | $106.38 | 1 – 60 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Chase Home Mortgage 2904 Ash Drive, Leesburg, Florida Mortgage | $123,977.67 | paid outside plan by co-signer $1,051.12 | 1 - 2 3 - 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Chase Home Mortgage 2904 Ash Drive, Leesburg, Florida | $24,342.14 | $100.00 $558.61 | 1 - 20 21 - 60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**N/A**

**Property to be surrendered**

| Name of Creditor | Property Address: |
|---|---|
| 21 Century | property with mobile home in Wildwood, FL |
| Bank of America/Countrywide | property in Lake Panasafokee, FL |
| Aurora Loan Servicing | 920 Lake Marion Drive, Altamonte Springs, FL |
| Bank of America | 920 Lake Marion Drive, Altamonte Springs, FL |
| Chase Mortgage | 920 Lake Marion Drive, Altamonte Springs, FL |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**N/A**

**Executory Contracts**

**The following Executory Contracts are assumed:**

**Name of Creditor**  **Description of Collateral**  **Month Numbers**

**N/A**

**The following Executory Contracts are rejected:**

**Name of Creditor**  **Description of Collateral**  **Month Numbers**

N/A

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to priority and secured claims are made.

Property of the estate revests in the debtors upon confirmation of the plan, or upon completion of all plan payments and the discharge of debtors.

Dated this 18th day of May, 2011.

/s/ Robert Zipperer

Robert Zipperer
Attorney for Debtor(s)
Florida Bar No: 196525
224 South Beach St, Suite 202
Daytona Beach, FL 32114
386-226-1151 telephone

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either US Mail, postage prepaid or electronic mail to all creditors on the attached mailing matrix (obtained from the Clerk's office within 7 days prior to the date of service), this 18th day of May, 2011.

/s/ Robert Zipperer

Robert Zipperer
Attorney for Debtor(s)