
**Aurora • Loan Services**
P.O. Box 1706
Scottsbluff, NE 69363-1706

www.myAuroraLoan.com

July 18, 2011

```
F-I L E D
JUL 2 5 2011
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION
```

59445 0000051 001 SL009
U S BANKRUPTCY COURT
MIDDLE DISTRICT
135 W CENTRAL BLVD STE 950
ORLANDO FL 32801

Loan No.             XXXXXX2402
Index:               1year T-Bill Monthly Average
Bankruptcy case No.  10-22031  J
Mortgagor:           John M Mcleod


Dear Customer(s):

According to the terms of your Option Adjustable Rate Mortgage ("Option ARM"), the interest rate on your loan will change from 3.87500% to 3.87500% on August 1, 2011, and every 1 month(s) thereafter. Your monthly principal and interest payment will change from $1,515.21 to $1,756.43 on September 1, 2011, and every 12 month(s) thereafter.

If you have set up automatic payment drafting service with Aurora Loan Services, then your monthly draft amount will be adjusted in accordance with the change outlined in this letter.

If you are currently making payments under an agreed upon loan workout agreement, trial period payment plan, or other formal alternative repayment arrangements, the monthly payments as outlined in your workout agreement, trail period payment plan, or other formal alternative repayment arrangements will not change. Aurora Loan Services is, however, required to notify you of any adjustments in the contractual interest rate and any adjustments in the contractual payments as required under the terms of your mortgage loan documents. If applicable, please continue to remit the agreed upon payment in accordance with the terms of your loan workout agreement, trial period payment plan, or other formal alternative repayment arrangements.

The current interest rate was based on an Index Value of .26333%. To determine your new interest rate we added 3.57500% to the Current Index Value of .25166% as of July 5, 2011, as stated in your ARM Note. This was then rounded to the nearest .12500%. This rounded sum is the new interest rate of 3.87500%. The original interest rate of your mortgage was 1.75000%. This interest rate may not be increased to more than 9.95000% during the life of the loan.

Below is a listing of the monthly interest changes since the last payment change:

1) Month of 08, interest rate of 3.87500%
2) Month of 07, interest rate of 3.87500%
3) Month of 06, interest rate of 3.87500%
4) Month of 05, interest rate of 3.87500%
5) Month of 04, interest rate of 3.87500%
6) Month of 03, interest rate of 3.87500%
7) Month of 02, interest rate of 3.87500%
8) Month of 01, interest rate of 3.87500%
9) Month of 12, interest rate of 3.87500%
10) Month of 11, interest rate of 3.87500%
11) Month of 10, interest rate of 4.00000%
12) Month of 09, interest rate of 4.00000%

The new minimum payment of $1,756.43 was calculated according to the amortized unpaid principal balance of $337,153.37*, the new interest rate of 3.87500% and a remaining term of 300 months. This payment was then compared to the payment cap increase of 7.50% or decrease of 0%. The lower of the two is the new minimum payment. This new total monthly payment will be reflected accordingly in your monthly billing statement.

*The estimated principal balance is calculated on the payment of the MINIMUM payment due each month. If you make payments higher than the minimum payment, your principal balance may be lower than what is quoted in this letter.

This new payment amount does not include sums that may be due for taxes and insurance premiums. If your loan is an escrowed loan, meaning your monthly payment includes an amount to pay taxes and insurance premiums as they become due, they will be reflected in the billing statement you receive for the September 1, 2011 payment. Your estimated outstanding principal balance as of September 1, 2011 is $337,153.37, assuming all payments due and owing have been made.

If you believe you will have problems paying this new monthly payment amount, please contact one of our Foreclosure Prevention Specialists to discuss any loan workout options we may be able to make available to you and indicate you are calling regarding

code 2276.

For us to discuss this with you, you need to have the following information available when you call.
- **Net and gross monthly household income**
- **Monthly household expense**

We will review your income and expense information in light of your projected payment change, and if we determine that you will not be able to make the new scheduled monthly payments, we will discuss other options with you that would be designed to assist you to make the projected payments.

We assure you that we will work with you to consider all practicable alternatives to allow you to keep your loan current.

In addition, your ARM note may contain a prepayment penalty rider pursuant to which a prepayment penalty might be due in the event you make a partial principal prepayment or pay your entire loan balance in full prior to maturity. Please contact Aurora Loan Services if you are interested in paying your loan in full and would like to know if a prepayment penalty would be due.

Please review your loan documents and disclosure information to clarify any item about which you have questions. If you need additional explanation, please contact one of our Customer Service Representatives at the address on our letterhead above or by calling 800-550-0508.

Sincerely,

Special Loan Department
Aurora Loan Services

**Aurora Loan Services is a debt collector. Aurora Loan Services is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.**