UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

John Mcleod

Debtor

Case No:   6:10-bk-22031-CCJ
Chapter 13

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Payments (Document No. 54). The Court, having found that the Debtor failed to become current under the Motion, finds that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Of the Debtor's $1,424.57 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to the Clerk of the Bankruptcy Court for unpaid filing fees, $0.00 to secured creditors provided for in the Debtor's current plan, $0.00 attorney fees provided for in the Debtor's current plan, $0.00 to administrative creditors provided for in the Debtor's current plan and $0.00 to the Trustee. The balance of $1,424.57 shall be turned over to the Debtor.

4. The effective date of this order is delayed fourteen (14) days to permit the Debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

DONE and ORDERED in Orlando, Florida, this 22nd day of August, 2013

Cynthia C. Jackson
United States Bankruptcy Judge

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.